UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| GLENDA WILTZ | CIVIL ACTION NO. 21-0319 |
| VERSUS | JUDGE JUNEAU |
| WALMART INC, ET AL. | MAGISTRATE JUDGE WHITEHURST |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and considering the lack of written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS ORDERED that the Motion to Remand [Doc. 12] is GRANTED, and this matter is hereby REMANDED to the 27th Judicial District Court for the Parish of St. Landry, Louisiana.

IT IS FURTHER ORDERED that the plaintiff's request for attorney's fees and costs is DENIED.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 14th day of May, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE